COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:          In re Texas-New Mexico Power Company, Relator

Appellate case number:      01-18-01075-CV

Trial court case number:     2017-64096

Trial court:                          234th District Court of Harris County

On December 6, 2018, relator, Texas-New Mexico Power Company, filed a petition for a writ of mandamus seeking to compel the Honorable Wesley Ward to vacate his October 8, 2018 order denying relator's motion to dismiss for subject matter jurisdiction without prejudice and to compel respondent to enter an order of dismissal for want of subject-matter jurisdiction for relator. Pursuant to Texas Rule of Appellate Procedure 7.2(b), the Court "must abate[s] the [original] proceeding to allow the successor to reconsider the original party's decision." TEX. R. APP. P. 7.2(b). The petition is abated and remanded.

(1)     Within 15 days of the date of this order, relators are directed to obtain a hearing date, *if necessary*, from the trial court coordinator and to notify all parties of such date. The hearing shall be set for a date no later than 30 days after the date of this order. The trial court coordinator shall advise the Clerk of this Court of the hearing date as soon as it is set;

(2)     Within 40 days of the date of this order, the district clerk is directed to file a supplemental clerk's record and reporter's record, if any, with the ruling by the successor, the Honorable Lauren Reeder.

This case is abated, treated as a closed case, and removed from this Court's active docket. This original proceeding will be reinstated on this Court's active docket when the successor respondent has reconsidered the original respondent's decision and either party informs the Clerk of this Court of the ruling with a certified copy of the order. This Court will also consider a motion to reinstate by either party.

It is so ORDERED.

Judge's signature: __/s/ Laura C. Higley_____

                              x  Acting individually     ☐ Acting for the Court

Date: __January 3, 2019_____